IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REX HARTLEY, #133711, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-CV-1229-WKW |
| | ) | (WO) |
| GWENDOLYN MOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 26) on May 2, 2006, finding that the defendant's motion for summary judgment is due to be granted. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The defendant's motion for summary judgment is GRANTED.

2.  Judgment is GRANTED in favor of the defendant.

3.  This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of June, 2006.

           /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE