IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REX HARTLEY, #133711,                        )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )        CASE NO. 2:03-CV-1229-WKW
                                             )                  (WO)
GWENDOLYN MOSLEY,                            )
                                             )
          Defendant.                         )

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and

ADJUDGED as follows:

1.      All claims are hereby DISMISSED with prejudice.

2.      The Clerk of the Court is DIRECTED to enter this document on the civil docket as

        a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

        close this file.

DONE this the 1st day of June, 2006.


        _____/s/   W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE